IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BARBARA C. BATTISTA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5446

Opinion filed February 10, 2015.

An appeal from an order of the Circuit Court for Clay County.
Don H. Lester, Judge.

Barbara C. Battista, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

    AFFIRMED.

ROBERTS, CLARK, and ROWE, JJ., CONCUR.